### In re BOB YOUNG.

#### No. A-2337.

Petition of Bob Young for writ of habeas corpus.  Writ granted.

PER CURIAM.  The petition filed on behalf of said Bob Young alleges in substance that he is unlawfully imprisoned in the county jail of Ottawa county by the sheriff of said county on a misdemeanor.  On the filing of the petition the writ issued and was made returnable before the county court of Ottawa county.